COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re TMX Finance of Texas, Inc.; TitleMax of Texas, Inc.; and TMX Finance LLC

Appellate case number:   01-15-00126-CV

Trial court case number: 2013-33584

Trial court:             152nd Judicial District Court of Harris County

On December 4, 2014, this Court granted the motion for temporary relief filed by the above relators to stay all trial court orders and rulings regarding the apex deposition of their CEO Tracy Young, until this Court resolved their petition for a writ of mandamus under No. 01-14-00964-CV. Now on February 11, 2015, relators filed a new mandamus petition requesting that this Court order the trial court to: (1) vacate its January 23, 2015 oral ruling compelling the apex deposition of their COO Otto Bielss; and (2) grant relators' January 13, 2015 motion for protection from the apex deposition of Mr. Bielss. On February 12, 2015, relators filed an amended unopposed motion for temporary relief requesting that we similarly stay all trial court orders and rulings regarding the apex deposition of Mr. Bielss until this Court resolves their new mandamus petition.

Accordingly, we grant the relator's motion and **ORDER** that all orders and rulings regarding the apex deposition of relators' COO Otto Bielss in the above-referenced trial court case are **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may move for reconsideration of the stay. *See id.* at 52.10(c).

Further, the Court requests a response to the petition for writ of mandamus by the real parties in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be due **within 30 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                   ☒ Acting individually     ☐ Acting for the Court
Date: February 19, 2015